FILED

MAY - 6 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 2:12-CR-431-APG-(CWH) |
| JUAN MONTES-DEOCA-QUIA, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On May 6, 2013, defendant JUAN MONTES-DEOCA-QUIA QUIA pled guilty to Counts One and Two of a Three-Count Criminal Indictment charging him in Counts One and Two with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $16,145.00 set forth in the Plea Agreement, and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 10; Plea Agreement, ECF No. __; Change of Plea Minutes, ECF No. __.

This Court finds that JUAN MONTES-DEOCA-QUIA shall pay a criminal forfeiture money judgment of $16,145.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, 853(p).

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from JUAN MONTES-DEOCA-QUIA a criminal forfeiture money judgment in the
3  amount of $16,145.00 in United States Currency.
4  DATED this 6 day of May 2013.

_____
UNITED STATES DISTRICT JUDGE