FILED

JUL 31 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JUAN MONTES-DEOCA-QUIA,<br><br>             Defendant. | 2:12-CR-431-APG-(CWH) |

## ORDER OF FORFEITURE

This Court found on May 7, 2013, that JUAN MONTES-DEOCA-QUIA shall pay a criminal forfeiture money judgment of $16,145.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 25.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JUAN MONTES-DEOCA-QUIA a criminal forfeiture money judgment in the amount of $16,145.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

. . .

1  Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);
2  and Title 21, United States Code, Section 853(p).
3      DATED this 31st day of July 2013.

                                                             UNITED STATES DISTRICT JUDGE

2